**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7556**

_____

MICHAEL EDWARD KENNEDY,

              Petitioner - Appellant,

    v.

MICHAEL P. ALLERA; KATHY SEIFERT, Dr.,

              Respondents - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Benson Everett Legg, Chief District Judge.   (1:07-cv-02300-BEL)

_____

Submitted:  December 15, 2009      Decided:  December 21, 2009

_____

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Edward Kennedy, Appellant Pro Se.   Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Edward Kennedy, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Kennedy v. Allera, No. 1:07-cv-02300-BEL (D. Md. Aug. 7, 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED